## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **SUSANA-ANJELICA VILLESCAS,** | ) |
| | ) **Civil Action No. 3:11-cv-408-FDW-DSC** |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MECKLENBURG COUNTY,** | ) |
| **NORTH CAROLINA,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

Based upon Defendant's Motion to Stay the Initial Attorneys' Conference and for good cause shown, it is hereby ORDERED that the Initial Attorneys' Conference is stayed. It is further ORDERED that, on or before March 1, 2012, Plaintiff advise the Court and Defendant's counsel whether she has retained counsel or will be proceeding pro se.

**SO ORDERED**.              Signed: February 16, 2012

David S. Cayer
United States Magistrate Judge